Michele R. Stafford, Esq. (SBN 172509)
Jugpreet S. Mann, Esq. (SBN 306113)
SALTZMAN & JOHNSON LAW CORPORATION
1141 Harbor Bay Parkway, Suite 100
Alameda, California 94502
Telephone: (510) 906-4710
Email: mstafford@sjlawcorp.com
Email: jmann@sjlawcorp.com

Attorneys for Plaintiffs, Operating Engineers'
Health And Welfare Trust Fund for Northern California, et al.

*IT IS SO ORDERED*
Judge Yvonne Gonzalez Rogers
8/27/2018

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al, <br><br> Plaintiffs, <br><br> v. <br><br> ABBETT ELECTRIC CORPORATION, a California corporation, <br><br> Defendant. | Case No. C18-0736 YGR <br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that pursuant to F.R.C.P. Rule 41(a)(1), Plaintiffs Operating Engineers' Health And Welfare Trust Fund For Northern California, et al. ("Plaintiffs") voluntarily dismiss, with prejudice, their claims against Defendant Abbett Electric Corporation, a California Corporation ("Defendant").

Defendant has neither served an answer nor moved for summary judgment, and Plaintiffs have not previously filed or dismissed any similar action against Defendant.

DATED: August 24, 2018          SALTZMAN & JOHNSON LAW CORPORATION

                                By:  _____/S/_____
                                Jugpreet S. Mann
                                Attorneys for Plaintiffs, Operating Engineers' Health
                                and Welfare Trust Fund For Northern California, et
                                al.